RECEIVED
2012 OCT -5  PM 12: 13

THOMAS M GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Steve Tuggle
3988 Autumn Spring Cv
Memphis Tn 38125
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

Kelly Services
1769 Paragon Place #112
Memphis, Tn 38132
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Steve Tuggle
(name of plaintiff)
is a citizen of the United States and resides at 3988 Autumn Spring Cv
(street address)

Memphis                 U,N                     Tn
(city)              (country)                (state)

38125                              (901) 337-7162
(zip code)                         (telephone number)

Revised 4-18-08

3. Defendant __Kelley Services__
                        (defendant's name)

lives at, or its business is located at _____
                               (street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at __Kelly Services · 1769 Paragon Place, #112__
                    (street address)

__Memphis__ / __America__ __Tn__ __38132__
(city) / (country) (state) (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _____
        (day)        (month)        (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
        (day)        (month)        (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
        (day)        (month)        (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _____. (Attach a copy of the notice to
                          (day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) ___ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) ___ _____

_____
_____
_____

10. The circumstances under which defendant discriminated against plaintiff were as follows: I, Steve Tuggle are suing Kelly Service's for descrimination. After 4 years off laying me off I felt descriminated against when John who was a caucasion male fired me for asking for a back brace before starting to load a truck. I Also felt I was descriminated against when after 3 years of being laid off Kelly Service refused to hire me for Johhson and Johson while complain to the EEOC I finally have my lawsuit. Kelly Service told me I could never be hired again there Kelly's because I was in the computers for insubordination which is a lie. QC, Dock stocker are the positions.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ____ Defendant be directed to _____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes ( ) No ( )

_SIGNATURE OF PLAINTIFF_

3988 autumn Spring Cv
memphis, Tn 38125

Revised 4-18-08